UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FILED / ENTERED    SEP 21 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>-vs-<br><br>Christian Melendez-Galeas<br><br>　　　　　　Defendant. | Case No. 2:16-CR-277<br><br>**ORDER** |

　　　　IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

　　　　IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

　　　　DATED this 21st day of September, 2016

_____
UNITED STATES MAGISTRATE JUDGE

1